STATE OF LOUISIANA

VERSUS

IRENE A SIMMONS

NO. 25-KA-363

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

ON APPEAL FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON, STATE OF LOUISIANA
NO. 24-5917, DIVISION "M"
HONORABLE SHAYNA BEEVERS MORVANT, JUDGE PRESIDING

August 27, 2025

**SCOTT U. SCHLEGEL**
**JUDGE**

Panel composed of Judges Jude G. Gravois,
Marc E. Johnson, and Scott U. Schlegel

<u>**APPEAL DISMISSED; DEFENDANT GRANTED**</u>
<u>**30 DAYS TO SEEK SUPERVISORY REVIEW**</u>
    **SUS**
    **JGG**
    **MEJ**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Jalisa Walker
Deputy, Clerk of Court

**SCHLEGEL, J.**

Defendant, Irene A. Simmons, appeals her misdemeanor conviction and sentence for simple battery. For reasons that follow, we dismiss the appeal and allow defendant 30 days to seek supervisory review.

On November 25, 2024, the Jefferson Parish District Attorney's Office charged defendant, Irene A. Simmons, with aggravated battery (La. R.S. 14:34). On May 7, 2025, the district attorney amended the charge to a misdemeanor offense of simple battery in violation of La. R.S. 14:35. Following a bench trial on the same day, the trial court convicted defendant of simple battery. Defendant waived sentencing delays, and on May 7, 2025, the trial court imposed a sentence of six months suspended and placed defendant on twelve months active probation. On May 21, 2025, defendant filed a motion for appeal, which the trial court granted on May 27, 2025.

The record in this matter was lodged on August 14, 2025. Upon review, we find that this Court lacks appellate jurisdiction. Appellate jurisdiction extends only to cases that are triable by a jury. *State v. Fink*, 20-115 (La. App. 5 Cir. 3/20/20), 293 So.3d 796 (citing La. Const. art. 5 § 10; La. C.Cr.P. article 912.1). The maximum aggregate penalty that may be imposed for the appellant's charged offense, simply battery, does not exceed six months of imprisonment or a fine of more than one thousand dollars.[1] This offense is not triable by jury, and therefore, defendant's conviction and sentence are only subject to supervisory review under La. C.Cr.P. art. 912.1(C)(1).

Accordingly, we dismiss the appeal and construe defendant's May 21, 2025 Motion for Appeal as a notice of intent to seek a supervisory writ. We further reserve defendant's right to seek a supervisory writ in compliance with Uniform

---

[1] La. R.S. 14:35(B) provides: "Whoever commits a simple battery shall be fined not more than one thousand dollars or imprisoned for not more than six months, or both."

Rules, Courts of Appeal, Rule 4-3, within thirty days from the date of this Order.

*See State v. Robinson*, 97-686 (La. App. 5 Cir. 1/14/98), 707 So.2d 81.

**APPEAL DISMISSED; DEFENDANT GRANTED
30 DAYS TO SEEK SUPERVISORY REVIEW**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. TRAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF JUDGMENT AND CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE OPINION IN THE BELOW-NUMBERED MATTER HAS BEEN DELIVERED
IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 2-16.4 AND 2-16.5** THIS DAY
**AUGUST 27, 2025** TO THE TRIAL JUDGE, CLERK OF COURT, COUNSEL OF RECORD AND ALL PARTIES
NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

## 25-KA-363

**E-NOTIFIED**
24TH JUDICIAL DISTRICT COURT (CLERK)
HONORABLE SHAYNA BEEVERS MORVANT (DISTRICT JUDGE)
THOMAS J. BUTLER (APPELLEE)          CHAD M. IKERD (APPELLANT)

**MAILED**
NO ATTORNEYS WERE MAILED